**Federal Defenders**
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200  Fax: (718) 855-0760

David E. Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

September 19, 2022

**VIA ECF & EMAIL**
Hon. Lois Bloom
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Percell Ross 21-CR-571(BMC)(LB)

Your Honor:

We write on behalf of the defendant with the consent of the government to request that the Court cancel the status conference currently scheduled for September 23, 2022. Judge Cogan has granted an evidentiary hearing on the defendant's motion to suppress which is scheduled for October 7, 2022, at 11:00 am. In light of the upcoming hearing, the parties do not believe there is a need to proceed with the scheduled status conference. The parties agree that the delay from September 23, 2022, to October 7, 2022, is excluded from speedy trial calculations pursuant to 18 U.S.C. §3161(h)(1)(D).

Best,
/s/

MICHELLE A. GELERNT
MIA EISNER-GRYNBERG
Attorneys for Mr. Ross
(718) 330-1204

cc. AUSA Nina C. Gupta

---

The parties' request is GRANTED. In light of the evidentiary hearing scheduled on October 7, 2022, the status conference scheduled on September 23, 2022 is canceled  The Court excludes the time between September 23, 2022 and October 7, 2022 from the calculation of the speedy trial deadline nd finds this exclusion  of time serves the ends of justice and outweighs defendant and the public's interest in a speedy trial.
So ordered.
Dated:  9/20/22
    Brooklyn, New York

*Lois Bloom*
United States Magistrate Judge